# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**R&S Northeast LLC / Dixon-Sha**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 27066 | 3945984 | 9/17/2021 | 9/17/2021 | $ (52.14) | $ (52.14) |
| 27066 | 4214704 | 12/2/2022 | 12/2/2022 | $ (3,656.40) | $ (3,656.40) |
| 27066 | 4228901 | 12/22/2022 | 1/21/2023 | $ 83.75 | $ 83.75 |
| 27066 | 4232787 | 1/5/2023 | 2/4/2023 | $ 33.50 | $ 33.50 |
| 27066 | 4234538 | 1/9/2023 | 2/8/2023 | $ 829.20 | $ 829.20 |
| 27066 | 4260611 | 1/30/2023 | 3/1/2023 | $ 23,635.20 | $ 23,635.20 |
| 27066 | 4261378 | 2/1/2023 | 3/3/2023 | $ 1,076.06 | $ 1,076.06 |
| 27066 | 4268625 | 2/10/2023 | 2/10/2023 | $ (1,094.17) | $ (1,094.17) |
| 27066 | 4269660 | 2/13/2023 | 3/15/2023 | $ 984.12 | $ 984.12 |
| 27066 | 4271201 | 2/15/2023 | 3/17/2023 | $ 11,817.60 | $ 11,817.60 |
| | | | **Totals:** | **$ 33,656.72** | **$ 33,656.72** |